**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000342.
13-MAR-2017
08:07 AM

NO. CAAP-16-0000342

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant,
v.
JAMAL D. MANK, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 15-1-0686)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on January 31, 2017, is hereby corrected as follows:

On page 1, in the second line of the first paragraph, the reference to "Defendant-Appellant" should be replaced with "Defendant-Appellee" so that as corrected, the text reads: ". . . Defendant-Appellee Jamal D. Mank (Mank) . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 13, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard and Reifurth, JJ.